IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS K. MYERS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| GEICO CASUALTY COMPANY, | : | No. 17-3933 |
| Defendants. | : | |

# ORDER

AND NOW, on **January 10, 2019,** upon consideration of Defendant GEICO Casualty Company's Motion for Summary Judgment (doc. 40), Plaintiff Louis K. Myers's Response and Supplemental Response (docs. 42, 45), and GEICO's Reply (doc. 46), it is ORDERED that GEICO's Motion for Summary Judgment is GRANTED for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE